

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE JUAN SANDOVAL, | § | No. 08-11-00283-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20100D02656) |

## O R D E R

The Court has reviewed the appellate record in the above-styled and numbered cause and has determined that multiples issues are presented by the judgment. These issues have not been identified by the parties or addressed in the briefs. At the top of the first page, the judgment states the cause number and refers to "Counts I - IV of V." A jury found Appellant guilty of Counts I, II, and III, but the judgment does not reflect each of those convictions, and it does not reflect that he was acquitted of Count IV. The judgment also does not reflect that the trial court assessed a sentence for each conviction (Counts I, II, and III) or whether those three sentences are to run concurrently or consecutively. *See* TEX.PENAL CODE ANN. § 3.03 (West Supp. 2012). The Court has determined it is necessary for the parties to provide additional briefing on these issues. We therefore abate the appeal and direct Appellant and the State to file letter briefs addressing these issues. The letter briefs are due to be filed no later than 30 days from the date of this order. The appeal will be reinstated upon the filing of the letter briefs.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.